### MILTON CARTER v. STATE.

No. A-305.   Opinion Filed January 18, 1911.

Conviction for violation of the prohibition law.   Fined $150 and sentenced to 30 days' confinement in the county jail.

PER CURIAM:   The evidence in this case is altogether insufficient to support the verdict.   The judgment is reversed and remanded, with direction to the county attorney to dismiss this prosecution unless he can produce additional proof of the defendant's guilt.